**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Norfolk_____ Division

**In re** Floyd Allan Blanks

**Case No.** 13-71467-SCS

**Debtor(s)**    **Chapter 13**

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.   Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____5/17/13_____.

**3. the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____5/22/13_____, for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

WILLIAM C. REDDEN
Clerk of Court

Date: May 06, 2013            By /s/ Diane Jones
                                              Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

May 06, 2013

.

[oex13ps ver. 01/10]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 13-71467-SCS
Floyd Allan Blanks                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: jonesd              Page 1 of 2           Date Rcvd: May 06, 2013
                              Form ID: pdford6          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
db          +Floyd Allan Blanks,   243 Gimbert Drive,   Virginia Beach, VA 23452-6753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0422-8          User: jonesd              Page 2 of 2             Date Rcvd: May 06, 2013
                              Form ID: pdford6          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2013 at the address(es) listed below:
         D. Carol Sasser    on behalf of Creditor    Bank of America, N.A. as servicer for Wells Fargo Bank,
          N.A., as Trustee for the Holders of the Banc of America Funding Corp 2005-C, Mortgage
          Pass-Through Certificates, Series 2005-C dsasser@siwpc.com,    rjones@siwpc.com;ECFVB1@siwpc.com
         Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
         R. Clinton Stackhouse, Jr.    administrator@rcsch13.com
         Steve C. Taylor    on behalf of Debtor Floyd Allan Blanks bankruptcyattorney@call54legal.com,
          bkparalegal@call54legal.com

                                                                                                                                                                                 TOTAL: 4